UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERVIN SHPATA | ) | JUDGE PAUL R. MATIA |
| | ) | |
| Petitioner, | ) | CASE NO. 1:03CV0231 |
| | ) | |
| -vs- | ) | |
| | ) | <u>ORDER OF DISMISSAL</u> |
| JOHN ASHCROFT, etc. | ) | |
| | ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion and Order in this case, it is therefore ORDERED that this action is dismissed.

IT IS SO ORDERED.

Dated: May 2, 2005          /s/ Paul R. Matia
                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

A copy of the foregoing Order of Dismissal was filed electronically this 2nd day of May, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                            /s/ Paul R. Matia
                            UNITED STATES DISTRICT JUDGE